FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL S. JUSTUS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FOLEY RV CENTER, LLC, d/b/a CAMPING WORLD RV SALES, a Minnesota corporation,<br><br>    Defendant. | No. 2:21-CV-00283-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 42. The parties stipulate that the above-captioned action should be dismissed. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation of dismissal and dismisses this case.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED with prejudice**. Each party is responsible for their own costs and fees.

2. Any pending motions, including Defendant's Motion to Compel Arbitration, ECF No. 31, are **DISMISSED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 1st day of June 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** # 2